JOHN CULLEN, Respondent, *v.* PATRICK GALLAGHER, Appellant, Impleaded, etc.

Reported below, 28 App. Div. 173.
(Submitted April 17, 1899; decided April 25, 1899.)

MOTION to place on the calendar an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 18, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made by respondent on the ground that through *laches* of appellant's attorneys a return had not been filed in time to place on present calendar.

*Daniel Daly* for motion.

No one opposed.

Motion granted, without costs.

---

CHARLES E. ORVIS, Appellant, *v.* WILLIAM H. CURTISS, Respondent.

(Submitted April 17, 1899; decided April 25, 1899.)

Motion for reargument denied, with ten dollars costs. (See 157 N. Y. 657.)